AUSA: Blake Hatlem  Telephone: (313) 226-9100
Task Force Officer: Michael Klenner  Telephone: (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Demari Day

Case No. Case: 2:26-mj-30016
Judge: Unassigned,
Filed: 01-12-2026 At 12:30 PM
CMP USA V. DAY (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 9, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(o) | Illegal possession of a machine gun |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Michael Klenner_
Complainant's signature

Michael Klenner, Task Force Officer
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

_Elizabeth A. Stafford_
Judge's signature

Date: January 12, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael Klenner, Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Detective Sergeant (D/SGT) with the Michigan State Police and began my tenure with MSP in March 2015. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF in July 2025. I am currently assigned to the Detroit Homicide Task Force (HTF), which is comprised of investigators from the Detroit Police Department (DPD), Michigan State Police (MSP) and the ATF.

2. Prior to becoming an ATF TFO, I was a uniform trooper, Detective trooper and a Detective Sergeant, where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations.

3. This affidavit is in support of a criminal complaint and application for an arrest warrant for Demari DAY for two counts of illegal possession of a machinegun, (18 U.S.C. § 922(o)) committed on January 9, 2026.

4. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives, and witnesses. This affidavit is intended to

show that there is sufficient probable cause and does not set forth all information known to law enforcement regarding this investigation.

## **PROBABLE CAUSE**

5. On January 9, 2026, members of the Michigan State Police Special Investigation Section (SIS), executed a search warrant at a house on John C Lodge Service Drive in the city of Detroit in connection with an ongoing homicide investigation.

6. When officers arrived at the John C Lodge Service Drive address, three people were present inside the residence, including DAY.

7. During a search of the upstairs southwest bedroom, officers located five firearms, specifically: two assault rifle pistols and three handgun pistols. The following firearms were located in DAY's bedroom.

   a. Diamondback Firearms assault rifle pistol (SN:DB1723992) DB15 Multi - 223/556 – Equipped with an internal auto sear and 30 round magazine. The firearm was reported lost in January 2020.

   b. Silencer CO assault rifle pistol (SN: S-08584) SC015 Multi – 223/556. Equipped with a 45 round magazine. The firearm had no record.

   c. A black Glock Model 29 10mm (SN:BVNT198) handgun equipped with a 10 round magazine.

    d. A black Glock Model 19 9mm (SN:BWGS787) handgun equipped with a silver auto sear attached to the slide and an extended magazine. The firearm was reported stolen in August of 2025.

    e. A black Glock Model 27 40cal (SN:HLR485) handgun equipped with an extended 15 round magazine.

8. While officers were searching the upstairs southwest bedroom they also located DAY's wallet containing his Michigan Drivers License and other personal affects.

9. During an interview with DAY, he was advised of his *Miranda* Rights. DAY acknowledged he understood his rights and was willing to speak. DAY confirmed he was sleeping in the upstairs southwest bedroom at 5635 John C Lodge Service Drive. DAY advised he was familiar with a "switch" or "button" device and that it is affixed to the rear of the slide on a pistol. DAY was also familiar with an "auto sear." DAY explained that an auto sear was an internal component to the firearm and a switch was external. DAY was aware of the pistol affixed with the switch that was underneath his bed.

10. On January 9, 2026, ATF Interstate Nexus Expert S/A Joshua McLean was provided the make and model information related to the 9mm Glock pistol and Assault Rifle pistol seized from DAY's Bedroom. S/A McLean concluded the

3

firearms were manufactured outside the state of Michigan and thus would have traveled in and affected interstate or foreign commerce.

11. On January 9, 2026, ATF S/A Kenton Weston reviewed photographs of the 9mm Glock pistol and Diamondback Assault rifle pistol recovered from Day's bedroom. S/A Weston is a graduate of a specialized training course on privately made firearms and machinegun conversion devices. S/A Weston has provided instructions to both state, local and federal law enforcement agencies regarding the identification and prosecution of machinegun conversion device cases.

12. Based on his review of the firearm, and his training and experience regarding machineguns and machinegun conversion devices, ATF S/A Weston's opinion was that both the Glock pistol and Diamondback Assault rifle pistol located in DAY's bedroom appeared to be equipped with machinegun conversion devices and they are machineguns as defined in the National Firearms Act (NFA), 26 U.S.C. section 5845 (a).

13. On January 9, 2026, an ATF Industry Operations Intelligence Specialist queried DAY for any National Firearms Registration and Transfer Records, the results indicated DAY does not have any NFA firearms registered to him.

## MACHINEGUNS

The following firearms located in DAY's upstairs southwest bedroom were equipped with machine gun conversion devices and determined to be full auto machineguns:

a. Diamondback Firearms assault rifle pistol (SN:DB1723992) DB15 Multi - 223/556 – Equipped with an internal auto sear and located in DAY's dresser drawer.

b. A black Glock 19 9mm (SN:BWGS787) handgun equipped with a silver auto sear attached to the slide and located under DAY's bed.

## CONCLUSION

14. Probable cause exists that Demari DAY, was in possession of two firearms equipped with machinegun conversion devices (a machinegun) manufactured outside the state of Michigan, in violation of Title 18 U.S.C. §§ 922(o).

*Michael Klenner*
Michael Klenner
ATF Task Force Officer

Sworn to before me and signed in my
presence and/or by reliable electronic means.

*Elizabeth A. Stafford*
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date: January 12, 2026

5